1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    JONATHAN E ACKERMAN,

11                              Petitioner,          CASE NO. 3:21-CV-05110-JCC-DWC

12          v.                                       ORDER

13    STATE OF WASHINGTON,

14                              Respondent.

15

16          Petitioner who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant

17    to 28 U.S.C. § 2254. Dkt. 3. In his Petition, Petitioner named the State of Washington as

18    Respondent. *See id.* The proper respondent to a habeas petition is the "person who has custody

19    over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d

20    378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his

21    Petition, Petitioner is currently confined at Monroe Corrections Center ("MCC") in Monroe,

22    Washington. *See* Dkt. 3. The Superintendent of MCC is Mike Obenland.

23
24

1    Accordingly, the Clerk of Court is directed to substitute Mike Obenland as the

2 Respondent in this action. The Clerk of Court is also directed to update the case title.

3    Dated this 11th day of March, 2021.

4

5

David W. Christel
6                                                 United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24