THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN E. ACKERMAN,<br><br>                    Petitioner,<br><br>     v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | CASE NO. C21-5110-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable Judge David W. Christel, United States Magistrate Judge, and the relevant record, and there being no objection, hereby FINDS and ORDERS:

(1) The Court adopts the Report and Recommendation (Dkt. No. 14).

(2) Petitioner's federal *habeas* petition is dismissed with prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to Judge Christel.

//

//

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION
C21-5110-JCC
PAGE - 1

1  DATED this 10th day of September 2021.

2

3

4

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C21-5110-JCC
PAGE - 2